# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO ALMEZQUITA, ) | 1:11-cv-00704 AWI SKO |
| Plaintiff, ) | |
| v. ) | ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |
| CHRISTINE MELTON, ) | (Document 2) |
| Defendant. ) | |

By application filed on May 2, 2011, Defendant has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Defendant has submitted an application that makes the showing required by § 1915 (a).  Accordingly, the request to proceed in forma pauperis IS GRANTED.  28 U.S.C. § 1915 (a).

IT IS SO ORDERED.

**Dated:   May 4, 2011**                           /s/ Sheila K. Oberto
                                                            UNITED STATES MAGISTRATE JUDGE

1